1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAVE THE DAVIS MEEKER GARRY OAK ,

                Plaintiff,

    v.

DEBBIE SULLIVAN,

                Defendant.

CASE NO. C24-5429

ORDER

13
14
15
16
17
18
19
20
21
22

     THIS MATTER is before the Court on its own motion, following its prior Order denying plaintiff Save the Davis Meeker Garry Oak's motion for a Temporary Restraining Order and instructing it to pay the filing fee and file and serve a complaint under the Federal Rules of Civil Procedure. Dkt. 3.

     Plaintiff has not paid the filing fee and has not filed a complaint. It is **ORDERED** to **SHOW CAUSE** in writing why this case should not be dismissed within **seven days**. Paying of the filing fee and filing a complaint in this time frame will satisfy this obligation.

     \\

1     \\

2     **IT IS SO ORDERED**.

3     Dated this 27th day of June, 2024.

4

5

      _____

6     BENJAMIN H. SETTLE
      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22